UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>                    Plaintiff,<br><br>     v.<br><br>AMAZON, et al.,<br><br>                    Defendants. | CASE NO. C18-0176-MJP<br><br>ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this <u>13th</u> day of February, 2018.

                                                                                       /s/ Mary Alice Theiler
                                                                                       Mary Alice Theiler
                                                                                       United States Magistrate Judge

ORDER
PAGE - 1