UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>                Plaintiff,<br><br>    v.<br><br>AMAZON, et al.,<br><br>                Defendants. | CASE NO. C18-176 MJP*SEALED*<br><br>ORDER TO SHOW CAUSE |

On February 5, 2018, Plaintiff filed a complaint and a motion to proceed *in forma pauperis* in the above-entitled matter. (Dkt. No. 1.) Plaintiff was granted IFP status on February 13, 2018. (Dkt. No. 3.)

Plaintiff's complaint (employment discrimination) contained a handwritten notation that "I request this case is sealed." (Dkt. No. 1-1 at 10.) Although there was no formal motion to seal, the Clerk's Office complied with Plaintiff's request and the entire file has been under seal up to this point.

The Local Rules of this district are clear: "There is a strong presumption of public access to the court's files." (LCR 5(g).) Filing under seal is permitted in only two situations: (1) where a prior court order or a statute expressly authorizes a party to do so; and (2) if the party files a motion or stipulated motion to seal. (LCR 5(g)(3)(A),(B).) Plaintiff does not appear to have satisfied any of these prerequisites for filing under seal. Therefore,

IT IS ORDERED that Plaintiff has 14 days from the filing of this order to show cause why his pleadings should not be unsealed. He may do so by filing a declaration under penalty of perjury (not to exceed 6 pages), indicating his reasons for filing his materials under seal.

The clerk is ordered to provide copies of this order to Plaintiff.

Dated: February 13, 2018.

Marsha J. Pechman
United States District Judge