UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON, <br><br> Defendant. | CASE NO. C18-176 MJP*SEALED* <br><br> ORDER UNSEALING CASE |

On February 13, 2018, this Court issued an Order to Show Cause to Plaintiff, requiring him to respond by February 27, 2018 with any reasons why his pleadings should not be unsealed. Dkt. No. 5. As of this date, nothing has been filed. Wherefore,

IT IS ORDERED that Case No. C18-176-MJP shall be UNSEALED immediately.

The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

Dated: March 1, 2018.

Marsha J. Pechman
United States District Judge

ORDER UNSEALING CASE - 1