THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>              Plaintiff,<br><br>v.<br><br>AMAZON.COM.DEDC LLC,<br><br>              Defendant. | No. 2:18-cv-00176-MJP<br><br>STIPULATION AND ORDER TO ALTER NOTING DATE AND BRIEFING SCHEDULE FOR DEFENDANT AMAZON.COM.DEDC LLC'S PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT |

**STIPULATION**

On July 11, 2018, Amazon.com.dedc LLC ("Defendant") filed Partial Motion to Dismiss Plaintiff's Amended Complaint, noting it for August 3, 2018. *See* Dkt. 21. Plaintiff's response is currently due July 30, 2018. Due to a schedule conflict Plaintiff requested, and Defendant has agreed to, a three-week extension so that Defendant's motion should be renoted to August 24, 2018. Therefore, the parties have stipulated that the Court may enter the following order.

STIP & ORDER TO ALTER NOTING
DATE & BRIEFING SCHEDULE (No. 2:18-
cv-00176-MJP) –1

DATED this 20th day of July, 2018.

| | |
|---|---|
| **MICHELLE PETERSON LAW, PLLC** | **PERKINS COIE LLP** |
| By: s/ *Michelle Peterson* <br> Michelle Peterson, WSBA #33598 <br> Kerry Swendt, WSBA #49922 | By: s/ *Linda D. Walton* <br> Linda D. Walton, WSBA #20604 <br> Tobias S. Piering, WSBA #44560 |
| Attorneys for Plaintiff | Attorneys for <br> Defendant Amazon.com.dedc LLC |

## ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint is renoted for August 24, 2018.

DATED this 20th day of ___July____, 2018.

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

Presented by:

**PERKINS COIE LLP**

*s/ Linda D. Walton*
Linda D. Walton, WSBA #20604
Tobias S. Piering, WSBA #44560

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  LWalton@perkinscoie.com
            TPiering@perkinscoie.com

Attorneys for
Defendant Amazon.com.dedc LLC

STIP & ORDER TO ALTER NOTING
DATE & BRIEFING SCHEDULE (No. 2:18-cv-00176-MJP) –2

APPROVED AS TO FORM AND FOR ENTRY; NOTICE OF PRESENTATION WAIVED:

**MICHELLE PETERSON LAW, PLLC**

*s/ Michelle Peterson*
Michelle Peterson, WSBA #33598
Kerry Swendt, WSBA #49922

**Michelle Peterson Law PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Telephone: (206) 224-7618
Email: kerry@michellepetersonlaw.com
michelle@michellepetersonlaw.com

Attorneys for Plaintiff

STIP & ORDER TO ALTER NOTING DATE & BRIEFING SCHEDULE (No. 2:18-cv-00176-MJP) –3

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2018, I electronically filed **STIPULATION AND ORDER TO ALTER NOTING DATE AND BRIEFING SCHEDULE FOR DEFENDANT AMAZON.COM.DEDC LLC'S PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | | |
|---|---|---|
| Kerry Swendt | ☐ | Via Hand Delivery |
| Michelle Peterson | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| Michelle Peterson Law PLLC | | |
| 1420 Fifth Avenue, Suite 2200 | ☐ | Via Overnight Delivery |
| Seattle, WA 98101 | ☐ | Via Facsimile |
| Telephone: (206) 224-7618 | ☒ | Via CM/ECF |
| Email: kerry@michellepetersonlaw.com | ☐ | Via E-Mail |
| michelle@michellepetersonlaw.com | | |
| **Attorneys for Plaintiff** | | |

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

EXECUTED at Seattle, Washington, on July 20, 2018.

*s/ Mary Lyles*
Mary Lyles, Legal Practice Assistant

CERTIFICATE OF SERVICE (No. 2:18-cv-00176-MJP) –1

24976-1421/140640134.1