THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>     Plaintiff,<br><br>v.<br><br>AMAZON.COM.DEDC LLC,<br><br>     Defendant. | Case No. 2:18-cv-00176-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR WITHDRAWAL OF PRO BONO COUNSEL |

Before the Court is counsel for Mark Mayes' motion for withdrawal of pro bono counsel pursuant to LCR 83.2(b)(1). The Court has received and considered the Stipulated Motion (Dkt. No. 29), Plaintiff's Declaration (Dkt. No. 30), and other relevant portions of the records and rules as follows:

IT IS ORDERED that the motion is GRANTED. Plaintiff Mark Mayes' counsel of record Michelle Peterson and Kerry Swendt of Michelle Peterson Law, PLLC are hereby permitted to withdraw as counsel for Mark Mayes. Unless he can secure his own

MOTION TO WITHDRAW AS
PRO BONO COUNSEL - 1
Case No. 2:18-CV-00176-MJP

attorney, Mr. Mayes shall proceed *pro se* from this point forward.

IT IS FURTHER ORDERED that Mr. Mayes shall be afforded an additional twenty-one (21) days to respond to Defendant's partial motion to dismiss (Dkt. # 21); he must file his response (not to exceed 24 pages) by no later than **September 19, 2018**. The motion is hereby re-noted to **September 26, 2018.**

DATED: August _29_, 2018

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

**PRESENTED BY**:

MICHELLE PETERSON LAW, PLLC

By *s/Michelle Peterson*
By *s/Kerry Swendt*
Michelle Peterson, WSBA No. 33598
Kerry Swendt, WSBA No. 49922
Michelle Peterson Law, PLLC
michelle@michellepetersonlaw.com
kerry@michellepetersonlaw.com
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
(206) 224-7618

*Attorneys for Plaintiff*

MOTION TO WITHDRAW AS
PRO BONO COUNSEL - 2
Case No. 2:18-CV-00176-MJP

**Perkins Coie LLP**

By: s/ *Linda D. Walton*
By: s/ *Tobias S. Piering*
Linda D. Walton, WSBA #20604
Tobias S. Piering, WSBA #44560

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: LWalton@perkinscoie.com
TPiering@perkinscoie.com

*Attorneys for
Defendant Amazon.com.dedc LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of filing to all parties registered with the CM/ECF system.

DATED: August 20, 2018.

/s/ *Kerry Swendt*
Kerry Swendt, WSBA No. 49922

MOTION TO WITHDRAW AS
PRO BONO COUNSEL - 3
Case No. 2:18-CV-00176-MJP