UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MAYES,

    Plaintiff,

v.

AMAZON.COM.DEDC, LLC, et al.,

    Defendants.

Case No. C18-176-MJP

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL**

*Pro se* plaintiff Mark Mayes, proceeding *in forma pauperis*, moves for appointed counsel in this civil action against his former employer. (Dkt. 36.) The Court **DENIES** plaintiff's motion for appointment of counsel.

Generally, a person has no right to counsel in civil actions. See Campbell v. Burt, 141 F.3d 927, 931 (9th Cir. 1998). A court has discretion to appoint counsel for indigent civil litigants pursuant to 28 U.S.C. § 1915(e)(1), but an appointment of counsel should only be granted under "exceptional circumstances." Agyeman v. Corrections Corp. of Am., 390 F.3d 1101, 1103 (9th Cir. 2004). When determining whether "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." Weygandt v. Look, 718

F.2d 952, 954 (9th Cir. 1983).

Plaintiff was previously appointed counsel. (Dkt. No. 14.) After four months of representing Plaintiff, appointed counsel withdrew. (Dkt. No. 31.) The Court is not inclined to expend further time and effort, and utilize the limited resources generously offered by the Pro Bono Panel of attorneys, on a second appointed counsel for Plaintiff.

The Court advances no opinion on Plaintiff's likelihood of success on the merits, but does find, overall, that this matter does not present the kind of exceptional circumstances that would justify the (second) appointment of counsel in this matter. Plaintiff will proceed *pro se* unless he can retain counsel.

DATED this 4th day of October, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge

ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL- 2