UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>                 Plaintiff,<br><br>   v.<br><br>AMAZON.COM.DEDC LLC,<br><br>                 Defendant. | CASE NO. C18-176 MJP<br><br>ORDER ON MOTION FOR CONTINUANCE |

The Court, having received and reviewed Plaintiff's Motion for Continuance of Production and Interrogatory (Dkt. No. 40), Defendant's Response (Dkt. No. 43), the Declaration of Tobias S. Piering and the attachments thereto, rules as follows:

IT IS ORDERED that the motion is DENIED.  Plaintiff has until **October 29, 2018** to respond to Defendant's discovery requests.  Failure to respond by that date will result in sanctions, up to and including dismissal of this matter.

ORDER ON MOTION FOR CONTINUANCE - 1

1       Plaintiff has not made any showing of good cause as to why discovery, which has already

2 been postponed repeatedly in this matter, should be delayed any further. Nor did Plaintiff meet

3 and confer with defense counsel prior to making his request, as required by Local Rule 7(j).

4 Plaintiff must respond to Defendant's discovery requests by **October 29, 2018**, or face sanctions

5 for his non-cooperation which could include dismissal of his case.

7       The clerk is ordered to provide copies of this order to Plaintiff and to all counsel.

8 Dated October 23, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge