<table>
<tr><td colspan="2">UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE</td></tr>
<tr><td>MARK MAYES,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMAZON.COM.DEDC LLC,<br><br>                    Defendant.</td><td>CASE NO. C18-176 MJP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*</td></tr>
</table>

On June 4, 2019 this Court GRANTED Defendant's Motion for Summary Judgment and dismissed Plaintiff's action, finding Plaintiff had insufficient evidence to support his claims. (Dkt. No. 85-86.) Plaintiff has appealed that dismissal and filed a Motion for Leave to Appeal *in forma pauperis*. (Dkt. No. 88.)

It is the finding of this Court that Plaintiff's appeal of the dismissal is frivolous. Plaintiff produced no evidentiary support for any of his claims and in many instances contradicted his own allegations during his deposition. (Dkt. No. 85 at 5-11.) Further, Plaintiff's Motion for Summary Judgment deals exclusively with discovery issues that were previously decided by the

Court.  (Dkt. No. 71.)  An appeal of the Court's order is unnecessary and the Court can conceive of no grounds on which it would have merit.

Accordingly, IT IS ORDERED that Plaintiff's Motion for Leave to Appeal *in forma pauperis* is DENIED.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Dated June 7, 2019.

Marsha J. Pechman
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS - 2