# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>                        Plaintiff,<br><br>     v.<br><br>AMAZON.COM.DEDC LLC,<br><br>                        Defendant. | CASE NO. C18-176 MJP<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

THIS MATTER comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 91) of this Court's Order denying Plaintiff's Motion for Leave to Appeal *in forma pauperis* (Dkt. No. 90). The Court DENIES the motion.

Under Local Rule 7(h), "[m]otions for reconsideration are disfavored." LR 7(h). "The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." Id.; see also Marlyn Nutraceuticals, Inc. v. Mucos Pharma, 571 F.3d 873, 880 (9th Cir. 2009) (finding a motion for reconsideration warranted only

when a district court is presented with newly discovered evidence, committed clear error, or when there is an intervening change in the controlling law).

Plaintiff argues that he did not have a "fair attempt at justice" because his previous counsel withdrew and denying him *in forma pauperis* status would render an unfair economic hardship. (Dkt. No. 91.) He also argues Amazon improperly denied him Electronically Stored Information that he needed in order to support his claims. (Id.) Plaintiff is reiterating arguments already made and rejected by this Court, and he presents no new angle, evidence, or legal support. The Court previously denied Plaintiff's Motion for Appointment of Counsel (Dkt. No. 39), and in its Order denying Plaintiff Leave to Appeal *in forma pauperis*, this Court noted that Plaintiff's Motion for Summary Judgment dealt exclusively with discovery issues that were previously decided by the Court. (Dkt. No. 71.) Because Plaintiff fails to show "manifest error in the prior ruling or . . . new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence," reconsideration is not appropriate. LR 7(h). Plaintiff's motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 18, 2019.

Marsha J. Pechman
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2